# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Robert C. Campbell and Brenda Southern, individually and as husband and wife, | ) ) ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) |
| BNSF Railway Company, a Delaware corporation, Roland S. Pederson, and KC Transport, LLC, a Montana corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

Case No. 4:09-cv-049

On January 15, 2010, the parties filed a Stipulation to Serve Amended Complaint. The court **ADOPTS** the parties' stipulation (Docket No. 17) and **GRANTS** Plaintiffs leave to file and serve the amended complaint. Plaintiffs shall have until January 29, 2010, to file the amended complaint with the court.

**IT IS SO ORDERED.**

Dated this 22nd day of January, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge