# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Robert C. Campbell and Brenda Southern, individually and as husband and wife,<br><br>       Plaintiffs,<br><br>vs.<br><br>BNSF Railway Company, a Delaware corporation, Roland S. Pederson, and KC Transport, LLC, a Montana corporation, and Berthold Farmers Elevator LLC,<br><br>       Defendants. | **ORDER ADOPTING STIPULATION TO AMEND SCHEDULING/DISCOVERY PLAN**<br><br><br><br>Case No. 4:09-cv-049 |

On June 1, 2010, the parties filed a Stipulation to Amend Scheduling/Discovery Plan. The court **ADOPTS** the parties' stipulation (Docket No. 52) and **ORDERS** that the Scheduling/Discovery Plan be amended as follows:

3. The parties shall have until December 1, 2010 to complete fact discovery and to file discovery motions.

4. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows: The plaintiffs shall have until September 1, 2010 to serve expert witness disclosures compliant with the language of Rule 26(a)(2), and the defendants shall have until October 15, 2010 to serve expert witness disclosure compliant with the language of Rule 26(a)(2). (Treating physicians need not prepare reports, only qualifications, unless they will

        express opinions not reflected in the medical records.) (Reports to be served on other parties, but not filed with the court.)

5.     The parties shall have until December 1, 2010 to complete discovery depositions of expert witnesses.

10.     The parties shall have until October 29, 2010, to file other dispositive motions (summary judgment as to all or part of the case).

Dated this 2nd day of June, 2010.

                                        /s/ Charles S. Miller, Jr.
                                        Charles S. Miller, Jr.
                                        United States Magistrate Judge