IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Robert C. Campbell and Brenda Southern, individually and as husband and wife, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION** **PRO HAC VICE** |
| vs. | ) ) | |
| BNSF Railway Company, a Delaware corporation, Roland S. Pederson, KC Transport, LLC, a Montana Corporation, and Berthold Farmer's Elevator, LLC, a North Dakota corporation, | ) ) ) ) ) ) | |
| | ) | Case No. 4:09-cr-049 |
| Defendants. | ) | |

Before the court is the plaintiffs' motion for attorney Richard L. Carlson to appear *pro hac vice* on their behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Richard L. Carlson has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the plaintiffs' motion (Docket No. 96) is **GRANTED**. Attorney Richard L. Carlson is admitted to practice before this court in the above-entitled action on behalf of the plaintiffs.

    **IT IS SO ORDERED.**

    Dated this 15th day of December, 2010.

                                                     */s/ Charles S. Miller, Jr.*
                                                     Charles S. Miller, Jr.
                                                     United States Magistrate Judge